371 A.2d 855
Commonwealth v. Gruver, Appellant.

Submitted September 13, 1976. Bruce S. Miller, Assistant Public Defender, for appellant; Thomas J. Glenn, Jr., Assistant District Attorney, and Patrick J. Toole, Jr., District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.